IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-68-GCM

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
|     Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CHAMPIONSHIP CHARTERS, INC., | ) | |
| JOSEPH CLIFTON CHAMPION, | ) | |
| RICHARD G. COPPICK, the | ) | |
| Administrator of the Estate of Nathan | ) | |
| Richard Coppick, and JESSICA ANN | ) | |
| YOUNG,, | ) | |
|     Defendants, | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. A Certification of Initial Attorneys Conference Report was filed in this matter in which the parties request a conference prior to the setting of a pre-trial order. Parties are directed to appear for a conference on **August 16, 2012, at 2:45 p.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: July 24, 2012

Graham C. Mullen
United States District Judge