IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-68-GCM

| ESSEX INSURANCE COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CHAMPIONSHIP CHARTERS, INC., | ) | |
| JOSEPH CLIFTON CHAMPION, | ) | |
| RICHARD G. COPPICK, the | ) | |
| Administrator of the Estate of Nathan | ) | |
| Richard Coppick, and JESSICA ANN | ) | |
| YOUNG,, | ) | |
| Defendants, | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. A Certification of Initial Attorneys Conference Report was filed in this matter in which the parties request a conference prior to the setting of a pre-trial order, and parties were directed to attend a conference set for August 16, 2012. **The Status Conference is hereby RE-SET for August 22, 2012, at 2:45 p.m. in Chambers.**

IT IS SO ORDERED.

Signed: August 13, 2012

Graham C. Mullen
United States District Judge